Benjamin K. Riley (State Bar No. 112007)
Helen C. MacLeod (State Bar No. 206618)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Carmine R. Zarlenga (Admitted Pro Hac Vice)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for Plaintiffs FOSTER POULTRY FARMS
and FRESNO FARMING, LLC

FILED

2005 SEP -6  A 11: 11

CLERK, U.S. DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY _____
   DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

FOSTER POULTRY FARMS, INC. and
FRESNO FARMING LLC,

           Plaintiffs,

    vs.

SUNTRUST BANK,

           Defendant.

) Case No. CIV-F-04-5513 OWW/SMS
)
) [PROPOSED] ORDER RE REQUEST FOR
) LEAVE OF COURT TO FILE PLAINTIFFS'
) MOTION FOR PARTIAL SUMMARY
) JUDGMENT AND SUPPORTING
) DOCUMENTS UNDER SEAL
)
) Hearing Date:  October 3, 2005
) Time:          10:00 a.m.
) Courtroom:     2
) Judge:         Hon. Oliver W. Wanger

**LODGED**

AUG 2 6 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

[PROPOSED] ORDER RE REQUEST FOR LEAVE OF COURT
TO FILE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT AND SUPPORTING DOCUMENTS UNDER SEAL

HOWREY LLP

DM_US\8245782v1

"VIA FAX"    ORIGINAL

Upon consideration of Plaintiffs Foster Poultry Farms, Inc. and Fresno Farming, LLC's Request For Leave of Court to File Plaintiffs' Motion for Partial Summary Judgment and Supporting Documents Under Seal, IT IS HEREBY ORDERED that Plaintiffs' Request be GRANTED, and the documents referred to in the Request be filed under seal as of the date the documents were lodged with this Court.

**IT IS SO ORDERED.**

DATED: 9-2-05

_____
Hon. Oliver W. Wanger
United States District Judge

HOWREY LLP-P

DM_US\8245782v1

1   [PROPOSED] ORDER RE REQUEST FOR LEAVE OF COURT TO FILE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS UNDER SEAL