1  Benjamin K. Riley (State Bar No. 112007)
   Helen C. MacLeod (State Bar No. 206618)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  Carmine R. Zarlenga (Admitted Pro Hac Vice)
   HOWREY LLP
6  1299 Pennsylvania Avenue, N.W.
   Washington, DC 20004
7  Telephone: (202) 783-0800
   Facsimile: (202) 383-6610
8
   Attorneys for Plaintiffs FOSTER POULTRY FARMS
9  and FRESNO FARMING, LLC

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12                        FRESNO DIVISION

13 FOSTER POULTRY FARMS, INC. and         ) Case No. CIV-F-04-5513 OWW/SMS
   FRESNO FARMING LLC,                    )
14                                        ) **STIPULATION AND**
               Plaintiffs,                ) **ORDER WITHDRAWING PLAINTIFFS'**
15                                        ) **DEMAND FOR JURY TRIAL AND**
         vs.                              ) **DEFENDANT'S MOTION TO STRIKE**
16                                        ) **DEMAND FOR TRIAL BY JURY**
   SUNTRUST BANK,                         )
17                                        ) Hearing Date: October 3, 2005
               Defendant.                 ) Time:         10:00 a.m.
18                                        ) Courtroom:    2
                                          ) Judge:        Hon. Oliver W. Wanger
19 _____ )

STIPULATION AND [PROPOSED] ORDER WITHDRAWING
PLAINTIFFS' DEMAND FOR JURY TRIAL AND DEFENDANT'S
MOTION TO STRIKE DEMAND FOR TRIAL BY JURY

DM_US\8249709v1

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs Foster Poultry Farms and Fresno Farming and Defendant SunTrust Bank, through their respective attorneys of record, do hereby stipulate to the withdrawal of both Plaintiffs' Demand for Jury Trial and Defendant's Motion to Strike Plaintiffs' Demand for Trial by Jury, and to a bench trial before the Honorable Oliver W. Wanger, currently scheduled to commence on January 10, 2006.

Respectfully submitted,

Dated:  September ___, 2005        By: /s/_____

Benjamin K. Riley (State Bar No. 112007)
Helen C. MacLeod (State Bar No. 206618)
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999

Carmine R. Zarlenga (Admitted Pro Hac Vice)
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile:  (202) 383-6610

ATTORNEYS FOR PLAINTIFF
FOSTER POULTRY FARMS, INC.
AND FRESNO FARMING, LLC

Dated:  September ___, 2005        By:_/s/_____

James H. Cox (Admitted Pro Hac Vice)
Lynda Womack Kenney (Admitted Pro Hac Vice)
Greenberg Traurig, LLP
The Forum, Suite 400
3290 Northside Parkway
Atlanta, GA  30327
Telephone:  (678) 553-2395
Facsimile:  (678) 553-2396

Lowell T. Carruth
David L. Emerzian
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
P. O. Box 28912
5 River Park Place East
Fresno, CA  93729-8912
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

HOWREY LLP

DM_US\8249709.v1

1    STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFFS' DEMAND FOR JURY TRIAL AND DEFENDANT'S MOTION TO STRIKE DEMAND FOR TRIAL BY JURY

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS ORDERED that Plaintiffs' Demand for Jury Trial and Defendant's Motion to Strike Demand for Trial by Jury are withdrawn.  Plaintiffs' claims shall proceed to a bench trial, which is currently scheduled to commence on January 10, 2006, before the Honorable Oliver W. Wanger, United States District Court for the Eastern District of California.

Date:  September 21, 2005        /s/ OLIVER W. WANGER
                                  The Honorable Oliver W. Wanger
                                  Judge of the District Court

HOWREY LLP

2    STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFFS' DEMAND FOR JURY TRIAL AND DEFENDANT'S MOTION TO STRIKE DEMAND FOR TRIAL BY JURY

DM_US\8249709.v1

PDF created with pdfFactory trial version www.pdffactory.com