

JUL 0 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

James H. Cox (admitted *pro hac vice*)
CARLTON FIELDS, P.A.
One Atlantic Center
1201 West Peachtree Street, Suite 3000
Atlanta, Georgia 30309
Tel. (404) 815-3400
Fax (404) 815-3415

Lowell T. Carruth, #034065
David L. Emerzian, #222930
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH, LLP
5 River Park Place East
Fresno, California 93729-8912
Tel. (559) 433-1300
Fax (559) 433-2300

Attorneys for Defendant SunTrust Bank

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | | |
|---|---|---|
| FOSTER POULTRY FARMS, INC. and FRESNO FARMING, LLC, | ) ) ) | CASE NO.  CIV F-04-5513 OWW/SMS |
| Plaintiffs, | ) ) ) | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | ) ) ) | |
| SUNTRUST BANK, | ) ) ) | Action Filed:  3/9/04 |
| Defendant. | ) ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR ORDER

Please take notice that Lynda Womack Kenney hereby notifies the Court and
parties of her withdrawal as an attorney of record on behalf of Defendant SunTrust Bank,
and requests the Court to issue an Order permitting same, showing the Court as follows:

1.

Ms. Kenney was assigned to this matter by lead attorney James H. Cox and, in that capacity, prepared the statement of undisputed facts submitted August 26, 2005 in support of the brief in support of the motion for summary judgment prepared by Mr. Cox.

2.

Ms. Kenney made no further submissions in this case.

3.

In April 2006, Ms. Kenney became associated with another law firm in Atlanta, Georgia.

4.

Mr. Cox has continued as lead counsel for all purposes in this matter, and defendant SunTrust Bank has been and continues to be fully represented by Mr. Cox.

WHEREFORE, Ms. Kenney respectfully requests issuance of an Order permitting her withdrawal from this matter *nunc pro tunc* April 1, 2006. A proposed Order, a copy of which is attached hereto, is being sent to Judge Wanger via personal e-mail obtained from the Court's website as directed by the Clerk of Court.

Respectfully submitted this 30th day of June, 2007.

Lynda Womack Kenney
Georgia Bar Number 242389

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | | |
|---|---|---|
| FOSTER POULTRY FARMS, INC. and FRESNO FARMING, LLC, | ) ) ) | CASE NO.  CIV F-04-5513 OWW/SMS. |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| SUNTRUST BANK, | ) ) | Action Filed:  3/9/04 |
| Defendant. | ) ) ) | |

### O R D E R

Before the Court is Lynda Womack Kenney's Notice of Withdrawal of Counsel and Request for Order.  It appearing that the request should be granted, the Court hereby APPROVES her withdrawal as counsel for defendant SunTrust Bank *nunc pro tunc* April 1, 2006.  The Clerk is directed to make an entry reflecting same on the docket of this case.

IT IS SO ORDERED.

7-2-07
_____
Date

_____
District Judge