Lowell T. Carruth, #034065
McCORMICK, BARSTOW, SHEPPARD,
 WAYTE & CARRUTH LLP
P. O. Box 28912
5 River Park Place East
Fresno, CA  93729-8912
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

James H. Cox (admitted *pro hac vice*)
CARLTON FIELDS, P.A.
One Atlantic Center
1201 W. Peachtree St., Suite 3000
Atlanta, GA 30309
Telephone: (404) 815-3400
Facsimile: (404) 815-3415

Attorneys for Defendant/Counter-claimant
SUNTRUST BANK

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FOSTER POULTRY FARMS, INC., and FRESNO FARMING, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SUNTRUST BANK,<br><br>　　　　　Defendant. | Case No.  1:04-CV-5513 OWW/SMS<br><br>**ORDER** |
| SUNTRUST BANK,<br><br>　　　　　Counterclaimant,<br><br>　　v.<br><br>FOSTER POULTRY FARMS, INC., and FRESNO FARMING, LLC,<br><br>　　　　　Counterdefendants. | Action Filed:         3/9/04 |

　　　　This Court having issued its Memorandum Decision on June 26, 2007 with respect to the

Motion for Partial Summary Judgment of Plaintiffs Foster Poultry Farms, Inc., and Fresno

[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Farming LLC (collectively referred to as Foster) and the Cross-Motion for Summary Judgment of Defendant SunTrust Bank (hereinafter referred to as SunTrust),

IT IS HEREBY ORDERED THAT:

1. With respect to Foster's claim that SunTrust breached confidentiality agreements with Foster and SunTrust's denial thereof, the Court having found disputed issues as to what extent and for what purpose SunTrust used Foster's confidential information, both parties' motions for summary judgment on the issue of the breach of confidentiality provisions are DENIED.

2. With respect to Foster's claim that SunTrust breached paragraph 6 of the Letters of Credit and SunTrust's denial thereof, while this Court finds that SunTrust failed to re-issue the Letters of Credit, Foster's motion for summary judgment as well as SunTrust's motion for summary judgment are both DENIED as to all other issues related to this claim, this Court having found that issues of fact exist that must be resolved in trial.

3. SunTrust's motion for summary judgment with respect to Foster's claim of a breach of the implied covenant of good faith and fair dealing is GRANTED.

4. SunTrust's motion for summary judgment with respect to Foster's claim for declaratory judgment is DENIED, this Court finding that resolution of Foster's declaratory relief claim is at this time premature.

DATED: July 9, 2007           /s/ Oliver W. Wanger
                              The Honorable Oliver W. Wanger
                              Judge of the U.S. District Court

32711/00000-1112862.v1

PDF created with pdfFactory trial version www.pdffactory.com