1 | Benjamin K. Riley (State Bar No. 112007)
Helen C. MacLeod (State Bar No. 206618)
2 | HOWREY LLP
525 Market Street, Suite 3600
3 | San Francisco, CA 94105
Telephone:  (415) 848-4900
4 | Facsimile:  (415) 848-4999

5 | Carmine R. Zarlenga (Admitted *Pro Hac Vice*)
HOWREY LLP
6 | 1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
7 | Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610

8 |

9 | Attorneys for Plaintiffs FOSTER POULTRY FARMS
and FRESNO FARMING, LLC

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE EASTERN DISTRICT OF CALIFORNIA

12 | FRESNO DIVISION

13 | FOSTER POULTRY FARMS, INC. and FRESNO FARMING LLC,  ) Case No.  CIV-F-04-5513 OWW/SMS

14 | Plaintiffs,  ) **SUPPLEMENTAL ORDER RE FOSTER FARMS' MOTION**

15 | vs.  ) **FOR PARTIAL SUMMARY JUDGMENT, AND SUNTRUST BANK'S CROSS-**

16 | SUNTRUST BANK,  ) **MOTION FOR SUMMARY JUDGMENT**

17 | Defendant.  ) Judge:  Hon. Oliver W. Wanger

18 | _____  )

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

HOWREY LLP

PDF created with pdfFactory trial version www.pdffactory.com

1   The motion of Plaintiffs Foster Poultry Farms, Inc. and Fresno Farming, LLC ("Foster Farms")

2   for partial summary judgment, and the cross-motion of Defendant SunTrust Bank ("SunTrust") for

3   summary judgment came on regularly for hearing before this Court on November 14, 2005, at 10:00

4   a.m.  Carmine R. Zarlenga appeared as attorney for Plaintiffs, and James H. Cox appeared as attorney

5   for Defendant SunTrust Bank.

6   After considering the moving and opposition papers, arguments of counsel and all other matters

7   presented to the Court,

8   **IT IS HEREBY ORDERED THAT:**

9   1.   Foster Farm's motion on the ground that SunTrust breached its confidentiality

10   agreements with Foster Farms, and SunTrust's motion that it did not breach those confidentiality

11   agreements, are DENIED because there are disputed issues regarding whether and to what extent and

12   for what purpose SunTrust used Foster confidential information in violation of the Credit Package.

13   2.   SunTrust's motion that Foster Farms has not suffered damages as a result of SunTrust's

14   breach of their confidentiality agreements and the monetization is DENIED because this issue is not

15   amenable to resolution by summary judgment without a finding against all of Foster Farms' claims for

16   liability as a matter of law.

17   3.   SunTrust's motion that Foster Farms does not have standing to bring suit under the

18   Letters of Credit is DENIED because the facts and inferences to be drawn from those facts are

19   disputed.

20   4.   SunTrust's motion that Foster Farms' claims are limited by the damages limitation

21   clause found in Section 2.2(j) of the parties' Credit Agreement is DENIED because there is a disputed

22   issue of material fact regarding whether the single party and entire transfer provisions in the Letters of

23   Credit were intended to override Section 2.2(j).

24   5.   Foster Farms' motion that Paragraph 6 of the Letters of Credit was intended to be a

25   single party provision is DENIED because the facts and inferences to be drawn from those facts are

26   disputed.

27   6.   SunTrust's motion that it is not the transferor of the promissory notes held by the Zacky

28   and Brand family trusts is DENIED.

HOWREY LLP

1

[PROPOSED] ORDER RE FOSTER FARMS' MOTION FOR PARTIAL SUMMARY JUDGMENT,
AND SUNTRUST BANK'S CROSS-MOTION FOR SUMMARY JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com

7.      Foster Farm's motion that SunTrust violated Paragraph 6 of the Letters of Credit because SunTrust is not the holder of the promissory notes in their entirety is DENIED because there is a material dispute about whether SunTrust is the holder of the notes in their entirety.

8.      Foster Farm's motion that SunTrust violated Paragraph 6 of the Letters of Credit because SunTrust is now the sole beneficiary of the Letters of Credit is DENIED because there are disputed issues of fact and disputed inferences to be drawn from those facts.

9.      Foster Farm's motion that SunTrust violated Paragraph 6 by failing to comply with the re-issue requirement is GRANTED "to the extent that SunTrust failed to re-issue the Letters of Credit, assuming it is determined that Foster has standing . . . .The legal consequences of that failure, i.e., whether the failure to re-issue was deliberate, inadvertent, or the failure to complete a ministerial act, are questions of fact to be resolved by the trier of fact."

10.     SunTrust's motion with respect to Foster Farms' claim of a breach of the implied covenant of good faith and fair dealing is GRANTED.

11.     SunTrust's motion with respect to Foster Farm's declaratory relief is DENIED because resolution of that claim is premature, given the Court's rulings with respect to the various grounds on which both Foster Farms and SunTrust moved for summary judgment above.

**IT IS SO ORDERED.**

DATED:  7/16/2007                    /s/ Oliver W. Wanger
                                      Hon. Oliver W. Wanger
                                      United States District Judge

[PROPOSED] ORDER RE FOSTER FARMS' MOTION FOR PARTIAL SUMMARY JUDGMENT, AND SUNTRUST BANK'S CROSS-MOTION FOR SUMMARY JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 2020 Main Street, Suite 1000, Irvine, California 92614.

On **July 10, 2007**, I served on the interested parties in said action the within:

**[PROPOSED] ORDER RE FOSTER FARMS' MOTION FOR PARTIAL SUMMARY JUDGMENT, AND SUNTRUST BANK'S CROSS-MOTION FOR SUMMARY JUDGMENT**

by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Irvine, California.

| | |
|---|---|
| James H. Cox, Esq. | Lowell T. Carruth, Esq. |
| Carlton Fields, P.A. | McCormick Barstow Sheppard |
| One Atlantic Centre | Wayte & Carruth LLP |
| 1201 West Peachtree Street, Suite 3000 | 5 River Park Place East |
| Atlanta, CA 30309 | Fresno, CA 93729-8912 |
| Fax: 404.815.3415 | Fax: 209.433.2300 |
| Email: JHCox@CarltonFields.com | Email: lowell.carruth@mccormickbarstow.com |

[X]   (ELECTRONIC SERVICE) was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on **July 10, 2007**, at Irvine, California.

| | |
|---|---|
| Patti Fisher | /s/  Patti Fisher |
| (Type or print name) | (Signature) |

HOWREY LLP

3

[PROPOSED] ORDER RE FOSTER FARMS' MOTION FOR PARTIAL SUMMARY JUDGMENT, AND SUNTRUST BANK'S CROSS-MOTION FOR SUMMARY JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com