1  Carmine R. Zarlenga (Admitted *Pro Hac Vice*)
   HOWREY LLP
2  1299 Pennsylvania Avenue, N.W.
   Washington, DC 20004
3  Telephone: (202) 783-0800
   Facsimile: (202) 383-6610
4
   Helen C. MacLeod (State Bar No. 206618)
5  Ethan B. Andelman (State Bar No. 209101)
   HOWREY LLP
6  525 Market Street, Suite 3600
   San Francisco, CA 94105
7  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
8
   Attorneys for Plaintiffs FOSTER POULTRY FARMS
9  and FRESNO FARMING, LLC

FILED
SEP 26 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12                        FRESNO DIVISION

13 FOSTER POULTRY FARMS, INC. and         ) Case No. CIV-F-04-5513 OWW/SMS
   FRESNO FARMING LLC,                    )
14                                         ) [~~PROPOSED~~] ORDER RE PLAINTIFFS'
              Plaintiffs,                  ) REQUEST FOR LEAVE OF COURT TO
15                                         ) FILE PLAINTIFFS' PROPOSED FINDINGS
        vs.                                ) OF FACT AND CONCLUSIONS OF LAW
16                                         ) UNDER SEAL
   SUNTRUST BANK,                          )
17                                         ) Trial Date:    September 25, 2007
              Defendant.                   ) Time:          9:00 a.m.
18                                         ) Courtroom:     3
                                           ) Judge:         Hon. Oliver W. Wanger
19

HOWREY LLP

DM_US:20720073_1

[PROPOSED] ORDER RE STIPULATED REQUEST FOR
LEAVE OF COURT TO FILE PLAINTIFFS' PROPOSED
FINDINGS OF FACT & CONCLUSIONS OF LAW UNDER SEAL

1  Upon consideration of Plaintiffs' Request For Leave of Court to File Plaintiffs' Proposed
2  Findings of Fact and Conclusions of Law Under Seal, IT IS HEREBY ORDERED that Plaintiffs'
3  Request be GRANTED, and that Plaintiffs' Proposed Findings of Fact and Conclusions of Law be
4  filed under seal as of the date that Plaintiffs' Proposed Findings of Fact and Conclusions of Law was
5  lodged with this Court.

**IT IS SO ORDERED.**

DATED: 9-26-07

Hon. Oliver W. Wanger
United States District Judge

HOWREY LLP-P

DM_US:20720073_1

1  [PROPOSED] ORDER RE STIPULATED REQUEST FOR LEAVE OF COURT TO FILE PLAINTIFFS' PROPOSED FINDINGS OF FACT & CONCLUSIONS OF LAW UNDER SEAL