UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOSTER POULTRY FARMS, INC., and FRESNO FARMING, LLC,<br><br>              Plaintiffs,<br><br>     v.<br><br>SUNTRUST BANK,<br><br>              Defendant.<br>_____<br>SUNTRUST BANK,<br><br>         Counter-Claimant,<br><br>     v.<br><br>FOSTER POULTRY FARMS, INC., and FRESNO FARMING, LLC,<br><br>         Counter-Defendants.<br>_____ | 1:04-cv-5513 OWW SMS<br><br>ORDER RE: MOTION FOR JUDGMENT AS A MATTER OF LAW AS TO ATTORNEYS' FEES AND BREACH OF CONTRACT CLAIM |

This Court having considered Defendant Suntrust Bank's Motion for Judgment as a Matter of Law pursuant to Rule 52(c) (Docket No. 199), IT IS HEREBY ORDERED as follows:

1.  With respect to Plaintiffs' claim for declaratory judgment under Count III of the First Amended Complaint, the Court finds that there is no uncertainty, insecurity, or

1

controversy regarding the parties' rights and obligations under the agreements at issue in this case.  The Suntrust Letters of Credit have expired, and the Notes have been returned to the Zacky Trust and the Brand Family Trust.  Suntrust no longer has a banking relationship with Plaintiffs.  Because Plaintiffs do not require guidance from this Court regarding their future conduct under any of the agreements at issue in this case, Suntrust's motion for judgment as a matter of law as to this Count is GRANTED, and Plaintiffs' claim for declaratory judgment under Count III of the First Amended Complaint is hereby dismissed with prejudice.

    2.   Suntrust's motion for judgment as a matter of law with respect to Plaintiffs' claim for attorneys' fees REMAINS PENDING so that Plaintiffs may have an opportunity to respond to the motion in writing.

    3.   Suntrust's motion for judgment as a matter of law with respect to Plaintiffs' claim for breach of contract under Count 1 of the First Amended Complaint is DENIED as material issues of fact and law remain that cannot be resolved as a matter of law.

IT IS SO ORDERED.

Dated:   October 11, 2007                    /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE