1 | Carmine R. Zarlenga (Admitted *Pro Hac Vice*)
HOWREY LLP
2 | 1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
3 | Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610
4 |
5 | Helen C. MacLeod (State Bar No. 206618)
Ethan B. Andelman (State Bar No. 209101)
HOWREY LLP
6 | 525 Market Street, Suite 3600
San Francisco, CA 94105
7 | Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999
8 |
9 | Attorneys for Plaintiffs
FOSTER POULTRY FARMS, INC.
and FRESNO FARMING, LLC
10 |

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE EASTERN DISTRICT OF CALIFORNIA

13 | FRESNO DIVISION

14 | FOSTER POULTRY FARMS, INC. and FRESNO FARMING LLC,

15 | Plaintiffs,

16 |

17 | vs.

SUNTRUST BANK,

18 | Defendant.

19 |

20 |

Case No.  CIV-F-04-5513 OWW/SMS

**ORDER RE PLAINTIFFS' REQUEST FOR LEAVE OF COURT TO FILE EXHIBIT F TO THE APRIL 16, 2008 DECLARATION OF HELEN CHAE MACLEOD UNDER SEAL**

Trial Date:      April 21, 2008
Time:            10:00 a.m.
Courtroom:    3
Judge:           Hon. Oliver W. Wanger

21

22

23

24

25

26

27

28

**HOWREY LLP**

[PROPOSED] ORDER RE REQUEST FOR LEAVE OF COURT
TO FILE EXHIBIT F TO THE APRIL 16, 2008 DECLARATION
OF HELEN CHAE MACLEOD UNDER SEAL

DM_US:21163004_1

PDF created with pdfFactory trial version www.pdffactory.com

1    Upon consideration of Plaintiffs' Request For Leave of Court to Exhibit F to April 16, 2008

2   Declaration of Helen Chae MacLeod in Support of Plaintiffs' Motion for An Award of Expenses And

3   Attorneys' Fees Pursuant to FRCP 37(c)(2) Under Seal, IT IS HEREBY ORDERED that Plaintiffs'

4   Request be GRANTED, and that Exhibit F be filed under seal as of April 16, 2008, the date on which

5   Exhibit F was lodged with this Court.

6

7        **IT IS SO ORDERED.**

8

9
    DATED:  April 17, 2008                              /s/ OLIVER W. WANGER
10                                                        Hon. Oliver W. Wanger
                                                         United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWREY LLP-P

DM_US:21163004_1

PDF created with pdfFactory trial version www.pdffactory.com