**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FOSTER POULTRY FARMS, INC., and FRESNO FARMING, LLC, <br><br>  Plaintiffs, <br><br>    v. <br><br> SUNTRUST BANK, <br><br>  Defendant. <br>——————————————————— <br> SUNTRUST BANK, <br><br>  Counter-Claimant, <br><br>    v. <br><br> FOSTER POULTRY FARMS, INC., and FRESNO FARMING, LLC, <br><br>  Counter-Defendants. | 1:04-cv-5513 OWW SMS <br><br> JUDGMENT |

Plaintiffs Foster Poultry Farms, Inc., and Foster Farming, LLC, shall recover judgment from Defendant Suntrust Bank as follows:

1. On the first claim, nominal damages in the amount of $100.00 for breach of contract under the Letters of Credit;

2. On the first claim, the sum of $4,089,875.27,

1

consisting of $3,110,530.40 in damages and $979,344.87 in accrued pre-judgment interest;

    3.   On the first claim, additional pre-judgment interest of $852.20 from January 22, 2008, through the date of entry of this judgment;

    4.   Plaintiffs shall recover their costs of suit.

IT IS SO ORDERED.

Dated:   **July 11, 2008**　　　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE