Carmine R. Zarlenga (Admitted *Pro Hac Vice*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Helen C. MacLeod (State Bar No. 206618)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiffs
FOSTER POULTRY FARMS, INC.
and FRESNO FARMING, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FOSTER POULTRY FARMS, INC. and FRESNO FARMING LLC,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SUNTRUST BANK,<br><br>　　　　Defendant. | Case No. CIV-F-04-5513 OWW/SMS<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL PORTIONS OF THE TRIAL RECORD AND THE COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Trial Date:　September 18-26 2007<br>Judge:　　　Hon. Oliver W. Wanger |

HOWREY LLP

DM_US:21356220_1

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST
TO SEAL PORTIONS OF TRIAL RECORD AND
FINDINGS OF FACT AND CONCLUSIONS OF LAW

PDF created with pdfFactory trial version www.pdffactory.com

Upon consideration of Plaintiffs' Request to Seal Portions of The Trial Record And The Court's Findings of Fact And Conclusions of Law, this Court finds that the information requested for sealing consists of Plaintiffs' confidential business and financial information and is of a highly sensitive and competitive nature.  To avoid improper use of the information, among other things, this Court finds compelling reasons to seal the information listed in Appendix A to the Request.  Therefore, **IT IS HEREBY ORDERED** that Plaintiffs' Request to Seal Portions of Trial Record And Findings of Fact And Conclusions of Law be **GRANTED**.

**IT IS SO ORDERED.**

DATED:   8/5/2008                             /s/ OLIVER W. WANGER
                                              Hon. Oliver W. Wanger
                                              United States District Judge

HOWREY LLP

1    [PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL PORTIONS OF TRIAL RECORD AND FINDINGS OF FACT AND CONCLUSIONS OF LAW

PDF created with pdfFactory trial version www.pdffactory.com