UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO

**FILED**
SEP 18 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| FOSTER POULTRY FARMS, INC. and FRESNO FARMING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SUNTRUST BANK,<br><br>Defendant. | Case No. CIV-F-04-5513 OWW/SMS<br><br>**ORDER** |

Based on the Stipulation of the parties dated July 30, 2008 and upon consideration of the bond in the amount of $4.5 million attached thereto, the Court hereby approves the $4.5 million bond. Enforcement of the money judgment shall be stayed pending a final resolution of the appeal at the Ninth Circuit Court of Appeals.

SO ORDERED this 18th day of September, 2008.

_____
Oliver W. Wanger
United States District Judge

CARLTON FIELDS,
P.A.
ATTORNEYS AT LAW
ATLANTA

13644147.1

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On July 31, 2008, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER RE BOND AND STAY OF ENFORCEMENT OF JUDGMENT PENDING APPEAL**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by Verilaw to be posted to the website and notice given to all parties that the document has been served.

*Please see attached service list.*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 31, 2008, at Fresno, California.

Alysia Eckersberg

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
P.O. Box 28912
FRESNO, CA 93729-8912

PROOF OF SERVICE

Service List

Carmine R. Zarlenga, Esq.
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 783-0800
Fax: (202) 383-6610
Email: zarlengac@howrey.com
*Counsel for Foster Poultry Farms, Inc. and Fresno Farming, LLC*

Benjamin K. Riley, Esq.
Helen C. MacLeod, Esq.
Howrey Simon Aronld & White, LLP
525 Market St., Ste. 3600
San Francisco, CA 94105
Telephone: (415) 848-4950
Fax: (415) 848-4999
Email: rileyb@howrey.com
*Counsel for Foster Poultry Farms, Inc. and Fresno Farming, LLC*

Helen Chae MacLeod, Esq.
Howrey Simon Aronld & White, LLP
2020 Main Street, Suite 1000
Irvine, CA 92614
Telephone: (949) 721-6900
Fax: (949) 721-6910
Email: rileyb@howrey.com
*Counsel for Foster Poultry Farms, Inc. and Fresno Farming, LLC*

James Leslie Sadler, Esq.
Stockton and Sadler
1034 Twelfth St.
Modesto, CA 95353
Phone: (209) 523-6416
Fax: (209) 523-2315
Email: Jsadler@stocktonandsadler.com
*Counsel for Foster Poultry Farms, Inc. and Fresno Farming, LLC*

32711/00000-109916.v1

CCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
P.O. Box 28912
FRESNO, CA 93729-8912

2
PROOF OF SERVICE