# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| **FOSTER POULTRY FARMS, INC.;** **FRESNO FARMING, LLC,** | Case No. 1:04-cv-05513-OWW-SMS |
| Plaintiffs, | **FINAL JUDGMENT** |
| v. | |
| **SUNTRUST BANK,** | |
| Defendant. | |

Upon the Stipulation of the Parties and pursuant to the Ninth Circuit mandate dated June 28, 2010, the Court hereby enters final judgment in favor of Plaintiffs Foster Poultry Farms and Fresno Farming, LLC in the amount of $10,000,000. Post-judgment interest shall accrue after entry of this judgment in accordance with 28 U.S.C. § 1961. The Clerk is directed to close the case.

IT IS SO ORDERED.

Dated: **July 19, 2010**          **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE